# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

September 29, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-10483    Cruz v. Cervantez  
                           USDC No. 5:16-CV-4

The court has granted an extension of time to and including November 2, 2022 for filing appellant's/petitioner's brief in this case.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____  
                           Christina C. Rachal, Deputy Clerk  
                           504-310-7651

Mr. Eric Cruz  
Mr. Matt Douglas Matzner  
Ms. Karen S. Mitchell